IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LACEY SHOCK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDI AFFILIATED SERVICES, INC.,<br>LINDSEY DOE,<br><br>　　　　　Defendants. | Case No. CV-09-635-S-BLW<br><br>**MEMORANDUM DECISION<br>AND ORDER** |

　　Before the court is Plaintiff Lacey Shock's Motion to Strike (Docket No. 22), seeking to strike a February 4, 2010 letter Defendants sent to this Court. The letter has not been docketed with the Court and is therefore not part of the record.

　　The Court therefore DENIES Plaintiff Lacey Shock's Motion to Strike (Docket No. 22).

DATED: **April 8, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge